Case 2:25-mj-06587-DUTY   Document 7   Filed 10/23/25   Page 1 of 2   Page ID #:18



1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ALEJANDRA MEDINA-VELASQUEZ,<br><br>Defendant. | Case No. 25-MJ-06587 DUTY<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

 On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

 The Court finds no condition or combination of conditions that will reasonably assure:

☒ the appearance of defendant as required; and/or

☒ the safety of any person or the community.


// 

// 

//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk.  The risk of nonappearance is based on: instant allegations; currently incarcerated in another matter.

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on: instant allegations; currently incarcerated on another matter.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 10/23/2025

_____/s/_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE